# ◻ORIGINAL

1  CAROL C. LAM
   United States Attorney
2
   ROBERT H. PLAXICO
3  Assistant United States Attorney

4  JEREMY N. HENDON
   Trial Attorney, Tax Division
5  U.S. Department of Justice
   P.O. Box 683
6  Ben Franklin Station
   Washington, D.C. 20044-0683
7  Telephone: (202) 353-2466
   Facsimile: (202) 307-0054
8  Email: Jeremy.Hendon@usdoj.gov
          western.taxcivil@usdoj.gov
9

06 NOV 30 PM 2:57

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

                              DEPUTY

10          IN THE UNITED STATES DISTRICT COURT FOR THE

11                  SOUTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,      )    06 CV 2635 IEG      AJB
                                   )
13              Petitioner,        )    Civil No.
                                   )
14          v.                     )    PETITION TO ENFORCE IRS
                                   )    SUMMONSES
15  AARON B. JOHNSON AND TANYA JOHNSON, )
                                   )
16              Respondents.       )

17         The United States of America, through undersigned counsel, hereby petitions this Court

18  for an order enforcing the Internal Revenue Service ("IRS") administrative summonses served on

19  respondents Aaron B. Johnson and Tanya Johnson and complains and alleges as follows:

20         1.     This proceeding is brought at the request of the Chief Counsel, Internal Revenue

21  Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General

22  of the United States.

23         2.     Jurisdiction over the matter is conferred upon this Court pursuant to I.R.C. (26

24  U.S.C.) §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

25         3.     Venue over this matter is proper in the Southern District of California as the

26  respondents reside in or may be found within the boundaries of the district.

27

28                                        -1-

1    4.    Erin Kelly1/ is a Revenue Officer employed in the Small Business/Self-

2    Employed Division of the IRS, and is authorized to issue IRS administrative summonses

3    pursuant to I.R.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 4 (as revised).

4    (Declaration of Revenue Officer Erin Kelly (hereinafter "Kelly Decl."), (Kelly Decl., ¶ 2).

5    5.    Revenue Officer Kelly is conducting an investigation to determine Aaron B.

6    Johnson's ability to pay the income tax liabilities assessed against him for the tax years ending

7    December 31, 2003, and December 31, 2004, and the trust fund recovery penalties, pursuant to

8    26 U.S.C. § 6672, assessed against him for the taxable periods ending December 31, 1997,

9    March 31, 2000, June 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, September

10   30, 2001, March 31, 2002, June 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003,

11   September 30, 2003, and December 31, 2003.  She is also conducting an investigation to

12   determine whether Aaron B. Johnson and Tanya Johnson are liable for trust fund recovery

13   penalties with respect to SD City Event, Inc., pursuant to 26 U.S.C. § 6672, for the taxable

14   periods ending March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, March

15   31, 2004, June 30, 2004, September 30, 2004, December 31, 2004, March 31, 2005, June 30,

16   2005, September 30, 2005, and December 31, 2005. (Kelly Decl., ¶ 4).

17   6.    Pursuant to this investigation, on May 1, 2006, Revenue Officer Kelly issued two

18   IRS administrative summonses to Aaron B. Johnson.  One summons was issued to determine

19   Aaron B. Johnson's ability to pay the income tax liabilities assessed against him for the tax years

20   ending December 31, 2003, and December 31, 2004, and the trust fund recovery penalties,

21   pursuant to 26 U.S.C. § 6672, assessed against him for the taxable periods ending December 31,

22   1997, March 31, 2000, June 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001,

23   September 30, 2001, March 31, 2002, June 30, 2002, December 31, 2002, March 31, 2003, June

24   30, 2003, September 30, 2003, and December 31, 2003 ("AJ Collection Summons"). (Kelly

25   Decl., ¶ 4), Exhibit A.  Revenue Officer Kelly issued the other summons to determine whether

26

27   1/ "Erin Kelly" is a pseudonym used by the Revenue Officer in her official capacity as an employee of the IRS.  (Declaration of Revenue Officer Erin Kelly (hereinafter "Kelly Decl."), ¶ 1.

28                                                      -2-

1    Aaron B. Johnson is liable for trust fund recovery penalties with respect to SD City Event, Inc.,

2    pursuant to 26 U.S.C. § 6672, for the taxable periods ending March 31, 2003, June 30, 2003,

3    September 30, 2003, December 31, 2003, March 31, 2004, June 30, 2004, September 30, 2004,

4    December 31, 2004, March 31, 2005, June 30, 2005, September 30, 2005, and December 31,

5    2005 ("AJ TFRP Summons").  (Kelly Decl., ¶ 4), Exhibit B.

6         7.    The AJ TFRP Summons directed Aaron B. Johnson to appear before Revenue

7    Officer Kelly at 880 Front St., Suite 3295, San Diego, California 92101-8869 on May 16, 2006,

8    at 2:00 p.m. and the AJ Collection Summons directed Aaron B. Johnson to appear before

9    Revenue Officer Kelly at 880 Front St., Suite 3295, San Diego, California 92101-8869 on May

10   24, 2006, at 9:00 a.m.  Both summonses required Aaron B. Johnson to appear before Revenue

11   Officer Kelly in order to give testimony and to produce for examination the books, records,

12   papers, and other data described in the summonses and their attachments.  (Kelly Decl., ¶ 5).

13        8.    On May 3, 2006, in accordance with 26 U.S.C. § 7603, Revenue Officer, S.

14   Silverman served both the AJ Collection Summons and the AJ TFRP Summons by leaving a

15   copy of each summons, which contained the attestation required by § 7603, at the last usual place

16   of abode of Aaron B. Johnson.  (Kelly Decl., ¶ 6), Exhibits C-D.

17        9.    Pursuant to this investigation, on May 1, 2006, Revenue Officer Kelly issued two

18   IRS administrative summonses to Tanya Johnson.  One summons was issued to determine Aaron

19   B. Johnson's ability to pay the income tax liabilities assessed against him for the tax years ending

20   December 31, 2003, and December 31, 2004 ("TJ Collection Summons").  (Kelly Decl., ¶ 7)

21   Exhibit E.  Tanya Johnson is the spouse of Aaron B. Johnson and in accordance with community

22   property laws in the State of California, specific financial information was required from Tanya

23   Johnson to determine Aaron B. Johnson's ability to pay.  Revenue Officer Kelly issued the other

24   summons to determine whether Tanya Johnson is liable for trust fund recovery penalties with

25   respect to SD City Event, Inc., pursuant to 26 U.S.C. § 6672, for the taxable periods ending

26   March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004, June

27   30, 2004, September 30, 2004, December 31, 2004, March 31, 2005, June 30, 2005, September

28                                           -3-

1    30, 2005, and December 31, 2005 ("TJ TFRP Summons").  (Kelly Decl., ¶ 7), Exhibit F.

2         10.    The TJ TFRP Summons directed Tanya Johnson to appear before Revenue Officer

3    Kelly at 880 Front St., Suite 3295, San Diego, California 92101-8869 on May 17, 2006, at 9:00

4    a.m. and the TJ Collection Summons directed Tanya Johnson to appear before Revenue Officer

5    Kelly at 880 Front St., Suite 3295, San Diego, California 92101-8869 on May 24, 2006, at 1:00

6    p.m.  Both summonses required Tanya Johnson to appear before Revenue Officer Kelly in order

7    to give testimony and to produce for examination the books, records, papers, and other data

8    described in the summonses and their attachments.  (Kelly Decl., ¶ 8).

9         11.    On May 2, 2006, in accordance with 26 U.S.C. § 7603, Revenue Officer Kelly

10   served both summonses on Tanya Johnson by handing a copy of each summons, which contained

11   the attestation required by § 7603, to Tanya Johnson.  (Kelly Decl., ¶ 9), Exhibits G-H.

12        12.    On May 16, 2006, the date scheduled for compliance with the AJ TFRP

13   Summons, Aaron B. Johnson did not appear.  (Kelly Decl., ¶ 10).

14        13.    On May 17, 2006, the date scheduled for compliance with the TJ TFRP

15   Summons, Tanya Johnson did not appear.  (Kelly Decl., ¶ 11).

16        14.    On May 24, 2006, the date scheduled for compliance with the AJ Collection

17   Summons and the TJ Collection Summons, neither Aaron B. Johnson nor Tanya Johnson

18   appeared.  (Kelly Decl., ¶ 12).

19        15.    On or about May 25, 2006, Revenue Officer Kelly received a letter by certified

20   mail dated May 24, 2006, from Aaron B. Johnson and Tanya Johnson requesting an extension of

21   time to comply with the TJ Collection Summons, TJ TFRP Summons, AJ Collection Summons,

22   and AJ TFRP Summons.  (Kelly Decl., ¶ 13).

23        16.    On June 9, 2006, Meigs sent two separate letters to Aaron B. Johnson scheduling

24   second appearance dates with respect to the summonses served on him.  One letter informed

25   Aaron B. Johnson to appear before Revenue Officer Erin Kelly in San Diego, California, on June

26   26, 2006 at 9:00 a.m. with respect to the AJ TFRP Summons and the other letter informed Aaron

27   B. Johnson to appear before Revenue Officer Erin Kelly in San Diego, California, on June 26,

28                                -4-

1    2006 at 1:00 p.m. with respect to the AJ Collection Summons. Also on June 9, 2006, Attorney

2    Mindy S. Meigs of the Office of Chief Counsel, Internal Revenue Service, San Diego, California,

3    sent two separate letters to Tanya Johnson scheduling two second appearance dates with respect

4    to the summonses served on her. One letter informed Tanya Johnson to appear before Revenue

5    Officer Erin Kelly in San Diego, California, on June 21, 2006 at 9:00 a.m. with respect to the TJ

6    TFRP Summons and the other letter informed Tanya Johnson to appear before Revenue Officer

7    Erin Kelly in San Diego, California, on June 21, 2006 at 1:00 p.m. with respect to the TJ

8    Collection Summons. (Kelly Decl., ¶ 14).

9         17.    On June 21, 2006 at 9:00 a.m., Tanya Johnson appeared before Revenue Officer

10   Kelly and gave testimony with respect to the TJ TFRP Summons but failed to produce all of the

11   documents, records, and other information described in the TJ TFRP Summons issued to her.

12   Also on June 21, 2006 at 1:00 p.m., Tanya Johnson appeared before Revenue Officer Kelly and

13   gave testimony and presented some documents with respect to the TJ Collections Summons but

14   failed to produce all of the documents, records and other information described in the TJ

15   Collection Summons issued to her. (Kelly Decl., ¶ 15).

16        18.    On June 26, 2006 at 9:00 a.m., Aaron B. Johnson appeared before Revenue

17   Officer Kelly and gave testimony with respect to the AJ TFRP Summons but failed to produce all

18   of the documents, records, and other information described in the summonses issued to him.

19   Also on June 26, 2006 at 1:00 p.m., Aaron B. Johnson appeared before Revenue Officer Kelly

20   and gave testimony with respect to the AJ Collection Summons but failed to produce all of the

21   documents, records, and other information described in the AJ Collection Summons issued to

22   him. (Kelly Decl., ¶ 16).

23        19.    With the exception of the following documents, the books, records, papers, and

24   other data sought by the TJ Collection Summons, TJ TFRP Summons, AJ Collection Summons,

25   and AJ TFRP Summons are not in the possession of the IRS:

26        a)     An incomplete IRS Form 433-A, Collection Information Statement for Wage

27   Earners and Self-Employed Individuals signed by Aaron B. Johnson.

28                                                -5-

1        b)      One statement, for the month ending May 31, 2006, for Aaron B. Johnson's bank

2   account at 21 Financial Community Credit Union.

3        c)      A Notice of Entry of Judgment against Tanya Johnson, dated May 10, 2006.

4        d)      One mortgage loan statement for Tanya Johnson from Chase dated April 17,

5   2006.

6        e)      One billing statement for Aaron B. Johnson form Lexus Financial Services dated

7   April 25, 2006.

8        f)      A lease payoff statement for Aaron B. Johnson's leased Lexus vehicle from Lexus

9   Financial Services.

10        g)      Two vehicle registration cards for Aaron B. Johnson's Lexus vehicle and Tanya

11   Johnson's BMW vehicle.

12        h)      A 21st Century automobile insurance card for Aaron B. Johnson and Tanya

13   Johnson.

14        I)      A statement from the County of San Diego concerning Aaron B. Johnson's child

15   support obligation dated May 1, 2006.

16        j)      A Blue Shield of California insurance card for Aaron B. Johnson.

17        k)      An incomplete IRS Form 433-A, Collection Information Statement for Wage

18   Earners and Self-Employed Individuals signed by Tanya Johnson.

19        l)      One monthly account statement for Tanya Johnson from BMW Financial

20   Services.

21        m)      A lease payoff statement from BMW Financial Services for Tanya Johnson's

22   leased vehicle.

23        n)      One mortgage loan statement for Tanya Johnson from Chase, dated May 25, 2006.

24        o)      One mortgage loan statement for Tanya Johnson from American General

25   Financial Services, dated May 4, 2006.  (Kelly Decl., ¶ 17).

26

27

28

20.     The testimony, books, records, papers, and other data sought by the AJ Collection Summons and TJ Collection Summons may be relevant to determine Aaron B. Johnson's ability to pay the income tax liabilities assessed against him for the tax years ending December 31, 2003, and December 31, 2004, and the trust fund recovery penalties assessed against him for the taxable periods ending December 31, 1997, March 31, 2000, June 30, 2000, December 2000, March 31, 2001, June 30, 2001, September 30, 2001, March 31, 2002, June 20, 2002, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, and December 31, 2003. (Kelly Decl., ¶ 18).

21.     The testimony, books, records, papers, and other data sought by the AJ TFRP Summons and TJ TFRP Summons may be relevant to determine whether Aaron B. Johnson and Tanya Johnson are liable for the trust fund recovery penalties with respect to SD City Event, Inc., pursuant to 26 U.S.C. § 6672, for the taxable periods ending March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004, June 30, 2004, September 30, 2004, December 31, 2004, March 31, 2005, June 20, 2005, September 30, 2005, and December 31, 2005. (Kelly Decl., ¶ 19).

22.     No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to determining Aaron B. Johnson's ability to pay the income tax liabilities assessed against him for the tax years ending December 31, 2003, and December 31, 2004, and the trust fund recovery penalties, pursuant to 26 U.S.C. § 6672, assessed against him for the taxable periods ending December 31, 1997, March 31, 2000, June 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, September 30, 2001, March 31, 2002, June 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, and December 31, 2003. (Kelly Decl., ¶ 20).

23.     No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to determining whether Aaron B. Johnson and Tanya Johnson are liable for trust fund recovery penalties with respect to SD City Event, Inc., pursuant to 26 U.S.C. § 6672, for the taxable periods ending March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003,

1   March 31, 2004, June 30, 2004, September 30, 2004, December 31, 2004, March 31, 2005, June

2   30, 2005, September 30, 2005, and December 31, 2005. (Kelly Decl., ¶ 21).

3        24.    All administrative steps required by the Internal Revenue Code for the issuance of

4   the summonses have been followed. (Kelly Decl., ¶ 22).

5        25.    In order to obtain enforcement of a summons, the petitioner must establish that

6   the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that

7   purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all

8   administrative steps required by the Internal Revenue Code. <u>United States v. Powell</u>, 379 U.S.

9   48, 57-58, (1964). The petitioner's burden of satisfying the <u>Powell</u> requirements is a "slight one"

10   that can be met merely by presenting the sworn affidavit of the agent who issued the summonses

11   attesting to these facts. <u>United States v. Dynavac, Inc.</u>, 6 F.3d 1407, 1414 (9th Cir. 1993); <u>United</u>

12   <u>States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

13        26.    In further support of this Petition and incorporated herein by reference, the United

14   States submits the Declaration of Revenue Officer Erin Kelly. The United States has met the

15   <u>Powell</u> factors through these documents.

16       WHEREFORE, petitioner United States of America respectfully prays as follows:

17       A.    That this Court enter an order directing Aaron B. Johnson and Tanya Johnson to

18   show cause in writing, if any, why they should not comply with and obey the aforementioned IRS

19   administrative summonses and every requirement thereof as enumerated in the Declaration of

20   Revenue Officer Erin Kelly;

21       B.    That this Court enter an order directing Aaron B. Johnson and Tanya Johnson to

22   fully obey the aforementioned summonses and each of the requirements thereof as enumerated in

23   the Declaration of Revenue Officer Erin Kelly, by ordering the attendance, testimony, and

24   production required and called for by the terms of the summonses, before Revenue Officer Erin

25   Kelly, or any other proper officer or employee of the IRS, at such time and place as may be set by

26   Revenue Officer Erin Kelly or any other proper officer or employee of the IRS;

27   ///

28            -8-

1  ///

2  ///

3        C.     That the United States recover its costs incurred in maintaining this action; and

4        D.     That the Court grant such other and further relief as the Court deems just and

5  proper.

6        DATED this 30 th _____ day of November, 2006.

7                    Respectfully submitted,

8                    CAROL C. LAM
                  United States Attorney

9

10                    ROBERT H. PLAXICO
                  Assistant United States Attorney

11

12                    JEREMY N. HENDON
                  Trial Attorney, Tax Division

13                    U.S. Department of Justice
                  Post Office Box 683

14                    Ben Franklin Station
                  Washington, D.C.  20044

15                    Telephone: (202) 353-2466

16

17

18

19

20

21

22

23

24

25

26

27

28                          -9-

JS 44 (Rev. 3/99)    **ORIGINAL** CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

**I (a) PLAINTIFFS**

United States of America

**DEFENDANTS** '06 NOV 30  PH 2: 53

Aaron B. Johnson and Tanya Johnson

COUNTY OF RESIDENCE OF LISTED DEFENDANTS San Diego

(IN U.S. PLAINTIFF CASES ONLY)    PTL

LAND INVOLVED:    DEPUTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jeremy N. Hendon, Trial Attorney
Tax Division, U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044     Telephone: (202) 353-2466

**ATTORNEYS (IF KNOWN)**

'06 CV 2635 IEG   AJB

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

X 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                     AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle | Property Damage | | | 12 USC 3410 |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | Act | ☐ 862 Black Lung (923) | ☐ 891 Agriculture Acts |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | X 870 Taxes (U.S. Plaintiff | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | or Defendant | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | ☐ 871 IRS - Third Party | |
| | | | | 26 USC 7604 | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

X 1. Original Proceeding  ☐ 2. Removed from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Reinstated or Reopened  ☐ 5. Transferred from another district (specify)  ☐ 6. Multidistrict Litigation  ☐ 7. Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) **Action under 26 U.S.C. § 7604 for an order enforcing an IRS administrative summons.**

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $ 0

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES   X NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ DOCKET NUMBER _____

DATE 11/3/06    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____